**Electronically Filed
Supreme Court
SCWC-19-0000711
30-DEC-2020
08:58 AM
Dkt. 31 OGAC**

SCWC-19-0000711

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE INTEREST OF AA

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000711; FC-S NO. 16-00249)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner's Application for Writ of Certiorari, filed on November 2, 2020, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, December 30, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

